**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1750**

In re:  MAURICE CORTEZ PROCTOR, SR.,

Petitioner.

On Petition for Writ of Mandamus. (1:85-cr-00547-DKC-1)

Submitted:  February 25, 2021                        Decided:  March 4, 2021

Before GREGORY, Chief Judge, and NIEMEYER and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Maurice Cortez Proctor, Sr., Petitioner Pro Se.  Jason Daniel Medinger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Cortez Proctor, Sr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Proctor's § 2255 motion. Accordingly, we deny the mandamus petition. We deny Proctor's motion for immediate consideration and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*